

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2018

No. 04-18-00251-CV

**CHW-LATTAS CREEK, L.P.** By GP Alice Lattas Creek, L.L.C.,
Appellants

v.

**CITY OF ALICE**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 17-01-56785-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court